PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:13CR28LG-JMR

PHUNG NGUYEN
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 16th day of April, 2013.

This the 16th day April, 2013.

GREGORY K. DAVIS
United States Attorney

By: _____
JOHN A. MEYNARDIE
Assistant U.S. Attorney
MS Bar # 9912

Warrant issued: _____

JAM/ DEA